[No. 30038-5-I.     Division One.     January 30, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. CRAIG
STEVEN ARCHER, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-00789-2, Arthur E. Piehler, J., entered
January 13, 1992. *Affirmed* by unpublished opinion per
Grosse, J., concurred in by Coleman and Becker, JJ.

[No. 32777-1-I.     Division One.     January 30, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIS
ELTON NELMS, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 92-1-00995-6, Kathryn E. Trumbull, J.,
entered April 14, 1993. *Affirmed* by unpublished opinion per
Grosse, J., concurred in by Baker, A.C.J., and Agid, J.

[No. 33118-3-I.     Division One.     January 30, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID
SOLOMON LUNDVALL, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-00236-4, John F. Wilson, J., entered July
21, 1993. *Affirmed* by unpublished opinion per Grosse, J.,
concurred in by Agid, J., and Scholfield, J. Pro Tem.

[No. 31412-2-I.     Division One.     January 30, 1995.]

WOODLEY & ASSOCIATES, P.C., *Respondent*, v. CHRIS
DEMOPOLIS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 90-2-13515-2, Sally Phillips Pasette, J., entered
August 12, 1992. *Affirmed* by unpublished opinion per
Grosse, J., concurred in by Kennedy, J., and Scholfield, J.
Pro Tem.